UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VINCENT A. LAMONACA,** on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **FIRSTSTATES FINANCIAL SERVICES CORP.,** <br><br> *Defendant*. | No.: 3:18-cv-11829 (NLH)(KMW) |

# MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff Vincent A. LaMonaca hereby seeks final approval of the class action settlement preliminarily approved by this Court by Order dated February 19, 2021 (Dkt. No. 41).

Respectfully submitted,

Dated:   June 4, 2021

*/s/ David A. Searles*
James A Francis
David A. Searles (*pro hac vice*)
**FRANCIS MAILMAN SOUMILAS P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system. A copy of the foregoing has been served on counsel of record via a Notice of Electronic Filing generated by the ECF system.

DATED: June 4, 2021                         */s/ David A. Searles*
                                                        David A. Searles